IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARY RIVERA-ZAPATA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**SWISH JANITORIAL SERVICES, INC., ET AL.**<br><br>    **Defendants.** | **CIVIL NO. 16-2126 (PAD)** |

**JUDGMENT**

In accordance with the order issued today (Docket No. 26), this case is REMANDED to the Mayaguez Part of the Puerto Rico Court of First Instance.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of September, 2016.

                                                                s/Pedro A. Delgado-Hernández
                                                                PEDRO A. DELGADO HERNANDEZ
                                                                United States District Judge